PALUMBO & RENAUD, ESQS.
190 North Avenue East
Cranford, New Jersey 07016
(908) 272-9700
Anthony N. Palumbo, Esq., Attorney for Defendant

---

| | |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT STATE OF NEW JERSEY |
| Plaintiff, | |
| | Indictment No. 2-CR.09-712 (1) |
| v. | Criminal Action |
| JAMES W. AURIEMMA | **CONSENT ORDER** |
| Defendant. | |

---

This matter being open to the Court by Anthony N. Palumbo, Esq., Attorney for defendant in the above captioned matter and Randall H. Cook, Assistant US Attorney appearing for the United States of America, it on this 9th day of February, 2010,

**ORDERED**, that the United States passport belonging to the defendant, presently being held by Pretrial Services, shall be returned to the defendant with it being understood and agreed by the defendant that he must comply with all terms of the Judgment that was signed by the Honorable Dickinson R. Debevoise, Senior United States District Judge.

Honorable Dickinson R. Debevoise

We consent to the conditions of this Consent Order:

Anthony N. Palumbo, Esq.

Randall H. Cook, Esq.